VH

# FORM 4 AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the NORTHERN District of ILLINOIS

FILED

v. Case No. 04-cr-940

DEC - 4 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months<br>You | Amount expected next month<br>You |
|---|---|---|
| Employment | $ Ø | $ Ø |
| Self-employment | $ | $ |
| Income from real property (such as rental income) | $ | $ |
| Interest and dividends | $ | $ |
| Gifts | $ | $ |
| Alimony | $ | $ |
| Child support | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ |
| Unemployment payments | $ | $ |
| Public-assistance (such as welfare) | $ | $ |
| Other (specify):______ | $ | $ |
| Total monthly income: | $ Ø | $ Ø |

MISC-14

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
| --- | --- | --- | --- |
| FCI Pollock | P.O. Box 4050, Pollock, LA, 71467 | | 18.00 |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
| --- | --- | --- | --- |
| | | $ 0 | $ 0 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
| --- | --- | --- |
| N/A | N/A | Make & year: N/A |
| | | Model: |
| | | Registration # |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real-estate taxes included? 9 Yes 9 No<br>Is property insurance included? 9 Yes 9 No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |

Recreation, ente

Insurance (not c
in Mortgag

| | | |
|---|---|---|
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: ______________ | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): ______________ | $ | $ |
| Installment payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): ______________ | $ | $ |
| Department store (name): ______________ | $ | $ |
| Other: ______________ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): ______________ | $ | $ |
| Total monthly expenses: | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☑ No If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☑ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the [city and state] of your legal residence.

N/A

Your daytime phone number: (____) N/A

Your age: ________ Your years of schooling: ________

[Last four digits of] your social-security number: ________



⇔21737-424⇔
Javier Reyes
Federal Correctional Inst
PO BOX 4 0 5 0
Pollock, LA 71467
United States

12/04/2019-6

U.S. POSTAGE PAID
FCM LG ENV
POLLOCK, LA
71467
NOV 15, 19
AMOUNT
**$0.00**
R2304H108279-08
1000
60604

LEGAL MAIL *

INSPECTED BY THE UNITED STATES MARSHAL'S SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7017 1450 0001 9714 9169

⇔21737-424⇔
United States Distric Crt
Nothern Dist of Illinois
219 S Dearborn ST
Chicago, IL 60604
United States

**RECEIVED**

DEC 04 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

11/15/19
FEDERAL CORRECTIONAL COMPLEX
POLLOCK, LA
DATE:
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, [illegible] ENCLOSURE TO THE ABOVE ADDRESS.