Javier Reyes
Reg. No. 21737-424
FCI Pollock
PO Box 4050
Pollock, LA 71467



FILED

DEC - 4 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>v.<br>JAVIER REYES,<br>Defendant. | **Motion for Reduction in**<br>**Sentence Pursuant § 3582(c)(1)(A)(i)**<br>No. 04-cr-970 HDL<br>Oral Argument Requested |

 

Defendant, Javier Reyes, here by moves this court for a sentence reduction, pursuant the newly amended Compassionate Release statue, 18 U.S.C. § 3582(c)(1)(A)(i). (Amended Dec.2018)

DATE: 12/14 November 2019

Javier Reyes, Defendant
Reg. No. 21737-424
FCI Pollock
PO Box 4050
Pollock, LA 71467



U.S. POSTAGE PAID
POLLOCK, LA
71467
NOV 15, 19
AMOUNT

$0.00

R2304H108279-08

1000    60604

<> 21737-424 <>
United States Distric Crt
Nothern Dist of Illinois
219 S Dearborn ST
Chicago, IL 60604
United States

RECEIVED

DEC 0 4 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

LEGAL MAIL

<> 21737-424 <>
Javier Reyes
Federal Correctional Inst
PO BOX 4 0 5 0
Pollock, LA 71467
United States

12/04/2019-6

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1450 0001 9714 9169



FEDERAL CORRECTIONAL COMPLEX
POLLOCK, LA

DATE: 11/15/19

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO
THE ABOVE ADDRESS.